No. 84–5296.   COOPER v. DAVIS, WARDEN.   C. A. 11th Cir. Certiorari denied.

No. 84–5299.   KUSTER v. MCCARTHY, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS.   Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 84–5311.   HARRISON v. MARYLAND.   C. A. 4th Cir.   Certiorari denied.

No. 84–5312.   COLE v. FRYE, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER.   C. A. 8th Cir.   Certiorari denied.

No. 84–5337.   DEMOS v. MCNICHOLS ET AL.   C. A. 9th Cir. Certiorari denied.

No. 84–5341.   KAKLEY v. UNITED STATES.   C. A. 1st Cir. Certiorari denied.

No. 84–5345.   AGUILAR, AKA PALACIOS v. UNITED STATES. C. A. 7th Cir.   Certiorari denied.

No. 84–5355.   STAPLES v. ISRAEL, SUPERINTENDENT, WAUPUN CORRECTIONAL INSTITUTION.   C. A. 7th Cir.   Certiorari denied.

No. 84–5358.   FISHERMAN v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 84–5365.   CABEZAS v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 84–5381.   MARTINEZ ET AL. v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA.   C. A. 9th Cir.   Certiorari denied.

No. 84–5391.   GABRISH v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 84–5393.   LOCOSALE v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.